```
 1  STEVEN D. WERTH, # 121153
    JENNY LI, # 216900
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California  94111-2584
    Telephone (415) 981-6630
 4  Facsimile (415) 982-1634
    Email: swerth@lowball.com
 5  Email: jli@lowball.com

 6  Attorneys for Defendant
    THE SALVATION ARMY
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LENORA NORMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE SALVATION ARMY, a California Corporation, doing business as THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-03270-JAM-GGH<br><br>**STIPULATION AND ORDER FOR PHYSICAL EXAMINATION**<br><br>Judge: Hon. John A. Mendez<br>Magistrate Judge: Hon. Gregory G. Hollows<br>Date Complaint Filed: October 22, 2009 |

The parties herein, through their attorneys of record, hereby agree and stipulate to the following:

(1)   Plaintiff Lenora Norman ("plaintiff") shall submit to a physical examination by Dr. Harry Khasigian, at Dr. Khasigian's office, **Pacific Evaluations Medical Group, 5030 J Street, Suite 300, Sacramento, CA 95819 on August 31, 2010, at 11:00 a.m.**  Dr. Khasigian is a licensed physician specializing in orthopedic surgery and medicine.

(2)   The examination by Dr. Khasigian shall include, and be limited to, a taking of plaintiff's medical history relevant to the injuries she sustained in the accident on or about June 6, 2008, at 510 High Street, Auburn, California, that is the subject of this litigation; the mechanics of this accident; medical causation relating to the injuries she suffered in this accident; any and all treatment and diagnoses relating to the injuries she suffered in this accident; plaintiff's recovery from said injuries; and

1  her residual complaints and symptoms, including present symptoms, the function of the areas affected by
2  such accident, and the extent, if any, that any residual pain or discomfort has affected her daily activities.
3    (3)   At the time of said examination, plaintiff shall answer all proper questions submitted to
4  her by Dr. Khasigian, including, but not limited to, those relating to her medical history, prior injuries,
5  and present symptoms, for purposes of Dr. Khasigian's evaluation and examination.
6    (4)   The examination shall not include any intrusive and/or painful testing, such as blood
7  tests.
8    (5)   Dr. Khasigian will be provided with plaintiff's medical records and films by defense
9  counsel, which he will review prior and/or subsequent to his examination of plaintiff.
10   (6)   After the examination of plaintiff, Dr. Khasigian will prepare a written report of his
11 findings in conformance with F.R.C.P. Rule 35.  A copy of such report will be provided to plaintiff's
12 counsel upon request.
13   (7)   Defendant reserves the right to move for an order permitting a further physical
14 examination of plaintiff, which may include any issues and testing outside the scope of this stipulation.

Dated: August _____, 2010.

                                  LOW, BALL & LYNCH

                            By_____
                                STEVEN D. WERTH
                                JENNY LI
                                Attorneys for Defendant
                                THE SALVATION ARMY

Dated: August _____, 2010.

                                ELLIS, LAVOIE, POIRIER, STEINHEIMER,
                                & MCGEE, LLP

                            By_____
                                THERESA M. LaVOIE
                                Attorney for Plaintiff
                                LENORA NORMAN

## ORDER

It is hereby ordered that the physical examination of plaintiff Lenora Norman, shall proceed according to the terms of the parties' stipulation, above.

IT IS SO ORDERED.

Dated:   August 5, 2010              /s/ John A. Mendez
                                     U. S. DISTRICT COURT JUDGE