STEVEN D. WERTH, # 121153
JENNY LI, # 216900
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: swerth@lowball.com
Email: jli@lowball.com

Attorneys for Defendant
THE SALVATION ARMY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LENORA NORMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE SALVATION ARMY, a California Corporation, doing business as THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:09-CV-03270-JAM-GGH<br><br>**STIPULATION AND ORDER FOR MUTUAL EXTENSION TO DISCLOSE EXPERT WITNESSES**<br><br>Judge: Hon. John A. Mendez<br>Magistrate Judge: Hon. Gregory G. Hollows<br>Date Complaint Filed: October 22, 2009<br>Trial Date: April 18, 2011 |

　　　The parties herein, through their attorneys of record, hereby agree and stipulate to a mutual extension of thirty (30) days to disclose expert witnesses and rebuttal expert witnesses pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure ("FRCP"). Accordingly, expert witness disclosures, including any information and reports required pursuant to FRCP Rule 26(a)(2), shall be served on or before October 12, 2010, and any supplemental disclosures of rebuttal witnesses shall be served on or before October 19, 2010.[1]

//

//

---

[1] Thirty days from September 10, 2010, is Sunday, October 10, 2010. Monday, October 11, 2010, is the Columbus Day federal holiday.

-1-

Pursuant to the Court's Pre-trial Scheduling Order of January 25, 2010, expert witness disclosures and supplemental disclosures are due on September 10, 2010 and September 17, 2010, respectively.

Dated: September _____, 2010.

                        LOW, BALL & LYNCH

                        By_____
                           STEVEN D. WERTH
                           JENNY LI
                           Attorneys for Defendant
                           THE SALVATION ARMY

Dated: September _____, 2010.

                        ELLIS, LAVOIE, POIRIER, STEINHEIMER,
                        & MCGEE, LLP

                        By_____
                           THERESA M. LaVOIE
                           Attorney for Plaintiff
                           LENORA NORMAN

## ORDER

It is hereby ordered that pursuant to the parties' stipulation, expert witness disclosures, including any information and reports required pursuant to FRCP Rule 26(a)(2), shall be served on or before October 12, 2010, and any supplemental disclosures of rebuttal witnesses shall be served on or before October 19, 2010.

    IT IS SO ORDERED.

Dated: September 9, 2010          /s/ John A. Mendez
                                     U.S. DISTRICT COURT JUDGE