1  Mark E. Ellis – 127159
   Theresa M. LaVoie – 143773
2  ELLIS, LaVOIE, POIRIER, STEINHEIMER & McGEE LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  tlavoie@ellislawgrp.com

6  Attorneys for Plaintiff LENORA NORMAN

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LENORA NORMAN,<br><br>         Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY, a California Corporation, doing business as THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 2:09-CV-03270-JAM-GGH<br><br>**STIPULATION AND  ORDER FOR MUTUAL EXTENSION TO DEPOSE PERCIPIENT AND EXPERT WITNESSES; AND TO EXTEND SUPPLEMENTAL EXPERT DESIGNATION DEADLINE**<br><br>Judge: Hon. John A. Mendez<br>Magistrate Judge: Hon. Gregory G. Hollows<br>Date Complaint Filed: October 22, 2009<br>Trial Date: April 18, 2011 |

19      The parties herein, through their attorneys of record, hereby agree and stipulate to a mutual extension of thirty (30) days to depose percipient and expert witnesses pursuant to Rule 29 of the Federal Rules of Civil Procedure ("FRCP"). Accordingly, percipient and expert witness depositions shall be conducted on or before December 13, 2010.[1]  Pursuant to the Court's Pre-trial Scheduling Order of January 25, 2010, discovery is to be completed by November 12, 2010.  The stipulation between the parties extends this deadline for 30 days to December 13, 2010.

///

///

---

[1] Thirty days from November 12, 2010, is Sunday, December 12, 2010.  As such, we have rolled the deadline over to the next court day.

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR MUTUAL EXTENSION TO DEPOSE PERCIPIENT AND EXPERT WITNESSES; AND TO EXTEND SUPPLEMENTAL EXPERT DESIGNATION DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com

The parties further agree and stipulate to a mutual extension of seven (7) days to disclosure supplemental experts, extending this deadline to October 26, 2010.

Dated: October 22, 2010

    ELLIS, LAVOIE, POIRIER, STEINHEIMER & MCGEE LLP

By:   /s/ Theresa M. LaVoie
    Theresa M. LaVoie
    Attorney for PLAINTIFF LENORA NORMAN

Dated: October 22, 2010

    LOW, BALL & LYNCH

By:   /s/ Jenny Li
    STEVEN D. WERTH
    JENNY LI
    Attorneys for Defendant THE SALVATION ARMY

## **ORDER**

It is hereby ordered that pursuant to the parties' stipulation, percipient and expert witness depositions may be conducted on or before December 13, 2010; and that supplemental expert disclosure is extended to October 26, 2010.

IT IS SO ORDERED.

Dated:  October 22, 2010

    /s/ John A. Mendez
    JUDGE OF THE DISTRICT COURT

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR MUTUAL EXTENSION TO DEPOSE PERCIPIENT AND EXPERT WITNESSES; AND TO EXTEND SUPPLEMENTAL EXPERT DESIGNATION DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, Maria Gutierrez, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On October 22, 2010, I served the following document(s) on the parties in the within action:

**STIPULATION AND [PROPOSED] ORDER FOR MUTUAL EXTENSION TO DEPOSE PERCIPIENT AND EXPERT WITNESSES**

| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|---|---|

| | |
|---|---|
| Steven Douglas Werth<br>Jenny Li<br>Low Ball & Lynch<br>505 Montgomery Street, 7FL<br>San Francisco, CA 94111 | Attorneys for<br>Defendants The Salvation Army |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 22, 2010.

By: _____/s/ Maria Gutierrez_____
     Maria Gutierrez

- 3 -

STIPULATION AND [PROPOSED] ORDER FOR MUTUAL EXTENSION TO DEPOSE PERCIPIENT AND EXPERT WITNESSES;
AND TO EXTEND SUPPLEMENTAL EXPERT DESIGNATION DEADLINE

PDF created with pdfFactory trial version www.pdffactory.com