1 STEVEN D. WERTH, # 121153
JENNY LI, # 216900
2 LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
3 San Francisco, California  94111-2584
Telephone (415) 981-6630
4 Facsimile (415) 982-1634
Email: swerth@lowball.com
5 Email: jli@lowball.com

6 Attorneys for Defendant
THE SALVATION ARMY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11

| | |
|---|---|
| LENORA NORMAN,             ) | Case No. 2:09-CV-03270-JAM-GGH |
|                            ) | |
|           Plaintiff,       ) | |
|                            ) | **STIPULATION AND ORDER FOR** |
|     vs.                    ) | **MUTUAL EXTENSION TO DEPOSE** |
|                            ) | **EXPERT WITNESSES** |
| THE SALVATION ARMY, a California ) | |
| Corporation, doing business as THE SALVATION ) | |
| ARMY ADULT REHABILITATION CENTER and ) | Judge: Hon. John A. Mendez |
| THE SALVATION ARMY THRIFT STORE; ) | Magistrate Judge: Hon. Gregory G. Hollows |
| DOES 1 through 50, inclusive,          ) | Date Complaint Filed: October 22, 2009 |
|                            ) | Trial Date: April 18, 2011 |
|           Defendants.      ) | |
|                            ) | |
| _____) | |

   The parties herein, through their attorneys of record, hereby agree and stipulate to a mutual extension of sixty (60) days to depose retained expert witnesses who were disclosed to render opinions regarding plaintiff's claims under the American With Disabilities Act, California Unruh Act, and California Disabled Persons Act.  Such retained expert witnesses are Randall S. Stout and Chris Taylor for plaintiff, and Larry Wood for defendant.  All other discovery, including depositions, shall be completed by December 13, 2010 pursuant to the parties' stipulation and the Court's order of October 22, 2010.

//

//

//

This stipulation and order are being sought to afford the parties the opportunity to resolve the aforementioned claims without having to incur the substantial attorneys fees associated with the depositions of the three retained experts disclosed for such claims.  Accordingly, the last day to depose Mr. Stout, Mr. Taylor, and Mr. Wood is Friday, February 11, 2011.

Dated:  November _____, 2010.

                    LOW, BALL & LYNCH

            By   /s/
                STEVEN D. WERTH
                JENNY LI
                Attorneys for Defendant
                THE SALVATION ARMY

Dated:  November _____, 2010.

            ELLIS, LAVOIE, POIRIER, STEINHEIMER,
            & MCGEE, LLP

            By   /s/
                THERESA M. LaVOIE
                Attorney for Plaintiff
                LENORA NORMAN

### **ORDER**

It is hereby ordered that pursuant to the parties' stipulation, the last day to depose retained experts Randall S. Stout, Chris Taylor, and Larry Wood, is Friday, February 11, 2011.  All other discovery, including depositions, shall be completed by December 13, 2010 pursuant to the parties' stipulation and the Court's order of October 22, 2010.

IT IS SO ORDERED.

Dated: 11/12/2010

            /s/ John A. Mendez
            JUDGE OF THE DISTRICT COURT