1  STEVEN D. WERTH, # 121153
   JENNY LI, # 216900
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634
   Email: swerth@lowball.com
5  Email: jli@lowball.com

6  Attorneys for Defendant
   THE SALVATION ARMY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12 LENORA NORMAN,                       )   Case No. 2:09-CV-03270-JAM-GGH
                                        )
13            Plaintiff,                )
                                        )   **STIPULATION AND ORDER FOR**
14      vs.                             )   **MUTUAL EXTENSION TO DEPOSE**
                                        )   **EXPERT WITNESSES**
15 THE SALVATION ARMY, a California     )
   Corporation, doing business as THE SALVATION )
16 ARMY ADULT REHABILITATION CENTER and )   Judge: Hon. John A. Mendez
   THE SALVATION ARMY THRIFT STORE;     )   Magistrate Judge: Hon. Gregory G. Hollows
17 DOES 1 through 50, inclusive,        )   Date Complaint Filed: October 22, 2009
                                        )   Trial Date: April 18, 2011
18            Defendants.               )
                                        )
19 _____  )

20      The parties herein, through their attorneys of record, hereby agree and stipulate to an additional

21 mutual extension of thirty (30) days to depose retained expert witnesses who were disclosed to render

22 opinions regarding plaintiff's claims under the American With Disabilities Act, California Unruh Act,

23 and California Disabled Persons Act.  Such retained expert witnesses are Randall S. Stout and Chris

24 Taylor for plaintiff, and Larry Wood for defendant.  Pursuant to the parties' stipulation and the court's

25 order based thereon, the last day to depose Mr. Stout, Mr. Taylor, and Mr. Wood is currently Friday,

26 February 11, 2011.

27 //

28 //
   //

This stipulation and order are being sought because the parties will mediate this matter on February 14, 2011. A mediation session has been confirmed for that date. Accordingly, in hopes that the case will resolve at mediation, the parties request the opportunity to avoid having to incur the substantial attorneys fees associated with the depositions of the three retained experts on the ADA and related claims. Accordingly, the last day to depose Mr. Stout, Mr. Taylor, and Mr. Wood is Monday, March 14, 2011.[1]

Dated: February _____, 2011.

        LOW, BALL & LYNCH

        By   /s/  
        STEVEN D. WERTH  
        JENNY LI  
        Attorneys for Defendant  
        THE SALVATION ARMY

Dated: February _____, 2011.

        ELLIS, LAVOIE, POIRIER, STEINHEIMER, & MCGEE, LLP

        By   /s/  
        THERESA M. LaVOIE  
        Attorney for Plaintiff  
        LENORA NORMAN

### [PROPOSED] ORDER

It is hereby ordered that pursuant to the parties' stipulation, the last day to depose retained experts Randall S. Stout, Chris Taylor, and Larry Wood, is Monday, March 14, 2011.

IT IS SO ORDERED.

Dated: 2/2/2011         /s/ John A. Mendez  
                            U.S. DISTRICT COURT JUDGE

---

[1] Thirty days from February 11, 2011 is Sunday, March 13, 2011.