1  STEVEN D. WERTH, # 121153
   JENNY LI, # 216900
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634
   Email: swerth@lowball.com
5  Email: jli@lowball.com

6  Attorneys for Defendant
   THE SALVATION ARMY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12  LENORA NORMAN,                    )   Case No. 2:09-CV-03270-JAM-GGH
                                      )
13                 Plaintiff,         )
                                      )   **STIPULATION AND  ORDER FOR**
14       vs.                          )   **TRIAL CONTINUANCE AND**
                                      )   **ASSOCIATED DEADLINES**
15  THE SALVATION ARMY, a California  )
    Corporation, doing business as THE SALVATION )
16  ARMY ADULT REHABILITATION CENTER and )   Judge: Hon. John A. Mendez
    THE SALVATION ARMY THRIFT STORE;  )   Magistrate Judge: Hon. Gregory G. Hollows
17  DOES 1 through 50, inclusive,     )   Date Complaint Filed: October 22, 2009
                                      )   Trial Date: April 18, 2011
18                 Defendants.        )
                                      )
19  _____ )

20       The parties herein, through their attorneys of record, hereby agree and stipulate to the following:

21       (1)    Continuing the current trial date of April 18, 2011, to **June 6, 2011**;

22       (2)    Continuing the current pretrial conference date of March 9, 2011, to **April 29, 2011**;

23       (3)    Continuing the current due date of the parties' joint pretrial statement of March 2, 2011,

24  to **April 22, 2011**;

25       (4)    Continuing the current deadline of March 14, 2011 to depose retained expert witnesses

26  who were disclosed to render opinions regarding plaintiff's claims under the American With Disabilities

27  Act, California Unruh Act, and California Disabled Persons Act, for fifty (50) days, to **May 3, 2011**.

28  Such retained expert witnesses are Randall S. Stout and Chris Taylor for plaintiff, and Larry Wood for

---
                                    -1-
   STIPULATION AND [PROPOSED] ORDER FOR TRIAL CONTINUANCE AND ASSOCIATED DEADLINES

1  defendant.

2       This stipulation and order are being sought because the parties will mediate this matter on March

3  16, 2011.[1]  A mediation session has been confirmed for that date.  Accordingly, in hopes that the case

4  will resolve at mediation, and that substantial time and expense may be avoided in the event the case is

5  resolved at mediation, the parties respectfully request the trial continuance and the continuance of the

6  other trial-related deadlines sought herein.

7

8  Dated:  February _____, 2011.

9                                      LOW, BALL & LYNCH

10

11                               By____/s/_____
                                      STEVEN D. WERTH
                                      JENNY LI
12                                    Attorneys for Defendant
                                      THE SALVATION ARMY
13

14 Dated:  February _____, 2011.

15                                      ELLIS, LAVOIE, POIRIER, STEINHEIMER,
                                        & MCGEE, LLP
16

17                               By___/s/_____
18                                    THERESA M. LaVOIE
                                      Attorney for Plaintiff
19                                    LENORA NORMAN

20  //

21  //

22  //

23  //

24  //

25

26  ───────────────────

27       [1]A mediation was previously scheduled for February 14, 2011, but was cancelled due to an
    unavoidable emergency on the part of the defendant's representative, who had planned to attend the
28  mediation.  The parties then rescheduled the mediation to March 16, 2011, which was the earliest date
    amenable to the calendars of the mediator and all parties and their attorneys and representatives.

-2-

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders:

(1)     The current trial date of April 18, 2011 is vacated and continued to **June 6, 2011**;

(2)     The current pretrial conference date of March 9, 2011 is vacated and continued to **April 29, 2011, at 10:00 a.m.**;

(3)     The current due date of the parties' joint pretrial statement of March 2, 2011, is vacated and continued **April 22, 2011**;

(4)     The last day to depose retained experts Randall S. Stout, Chris Taylor, and Larry Wood is Tuesday, **May 3, 2011.**


IT IS SO ORDERED.


Dated:   February 16, 2011

/s/ John A. Mendez
U. S.  DISTRICT COURT JUDGE