Mark E. Ellis - 127159
Theresa M. La Voie - 143773
Lindsey Heaton - 269688
ELLIS, LaVOIE, POIRIER,
  STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
tlavoie@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Plaintiff LENORA NORMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA NORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE SALVATION ARMY, a California Corporation, doing business as THE SALVATION ARMY ADULT REHABILITATION CENTER and THE SALVATION ARMY THRIFT STORE; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:  2:09-CV-03270-JAM-GGH<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**ORDER**

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.  Each party will bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  4/15/2011

/s/ John A. Mendez_____
The Honorable John A. Mendez
United District Court Judge

- 1 -

-title-

PDF created with pdfFactory trial version www.pdffactory.com